| | |
|---|---|
| 1 | Andres C. Hurwitz (Bar No. 150443) |
| | **DEMLER, ARMSTRONG & ROWLAND, LLP** |
| 2 | 4500 E. Pacific Coast Highway, Fourth Floor |
| | Long Beach, California 90804-3298 |
| 3 | Telephone: (562) 597-0029 |
| | Fax: (562) 494-3958 |
| 4 | E-mail: Hur@darlaw.com |
| 5 | Attorneys for Plaintiff and Counterdefendant |
| | Markel American Insurance Company |
| 6 | |
| | Anthony B. Leuin (Bar No. 95639) |
| 7 | **SHARTSIS FRIESE LLP** |
| | One Maritime Plaza, 18th Floor |
| 8 | San Francisco, CA 94111 |
| | Telephone: (415)421-6500 |
| 9 | Fax: (415)421-2922 |
| | Counsel for Defendants and Counterclaimants |
| 10 | Stonesfair Corporation; Stonesfair Management LLC; |
| | Stonesfair Financial Corporation; Karl Bakhtiari and Maryann Fair |
| 11 | E-mail: aleuin@sflaw.com |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARKEL AMERICAN INSURANCE COMPANY, a Commonwealth of Virginia corporation, | ) ) ) ) | NO.   C03-3110 SI |
| | ) | Courtroom: 10 |
| Plaintiff, | ) ) | Judge: Hon. Susan Illston |
| vs. | ) | **STIPULATION RE** |
| STONESFAIR MANAGEMENT, LLC, a California limited liability company; STONESFAIR FINANCIAL CORPORATION, a California corporation; STONESFAIR CORPORATION, a California corporation; KARL BAKHTIARI, an individual; MARYANN FAIR, an individual; and R. THOMAS FAIR, an individual | ) ) ) ) ) ) ) ) ) ) | **DISMISSAL AND [PROPOSED] ORDER THEREON** Complaint filed: July 3, 2003 Trial Date:   None set |
| Defendants. | ) | |
| AND RELATED CROSS-ACTION | ) | |

WHEREAS the parties, through their designated counsel, have agreed to the dismissal of the above-captioned action, with each party to bear his, her or its own

BI6885\PLEADINGS\SDIS01 (2)                    1

costs and attorneys' fees,

    IT IS HEREBY STIPULATED by and between all parties who have appeared in this action, through their designated counsel, that above-captioned action be and hereby is dismissed, with prejudice, as to all parties, pursuant to Federal Rule of Civil Procedure section 41(a)(1).

Dated: March __, 2008    SHARTSIS FRIESE LLP

_____
ANTHONY B. LEUIN
Attorneys for Defendants and Counterclaimants,
Stonesfair Corporation; Stonesfair Management
LLC; Stonesfair Financial Corporation; Karl
Bakhtiari and Maryann Fair

Dated: March __, 2008    DEMLER, ARMSTRONG & ROWLAND, LLP

_____
ANDRES C. HURWITZ
Attorneys for Plaintiff and Counterdefendant
Markel American Insurance Company

IT IS SO ORDERED.

Dated: _____, 2008

_____
UNITED STATES DISTRICT JUDGE